### (February 20, 1962)

■ MARY J. AYERS, Respondent-Appellant, v. ROBERT S. AYERS, Appellant-Respondent.—

Settle order on notice. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.